IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

SEBASTIAN ENRIQUE MARSET CABRERA,
   a/k/a Luis Paulo Amorim Santos,
   a/k/a Gabriel De Souza Beumer,
   a/k/a Sebastian Enrique Marset Cabrera de Padua
   a/k/a Dor,

FEDERICO EZEQUIEL SANTORO VASSALLO,

   a/k/a "Frederico Ezequiel Santoro Vassallo,"
   a/k/a "Capitan,"

        Defendants.

Case No. 1:23-CR-143

## UNITED STATES' MOTION TO UNSEAL CASE

The United States, by and through undersigned counsel, asks this Honorable Court for

entry of an order unsealing the above-captioned case and any documents filed thereunder, with

the exception of Docket Nos. 46 and 2. Public disclosure of the documents in this case will no

longer jeopardize a pending criminal investigation. Santoro Vassallo is in custody and has pled

guilty. Marset Cabrera remains a fugitive but is aware that charges have been filed against him in

the United States and elsewhere.

The following documents should remain under seal. Docket No. 46 should remain under

seal in accordance with Local Criminal Rule 49. Docket No. 2 should also remain under seal.

1

Docket No. 2 is an affidavit in support of a criminal complaint that contains a roadmap of an ongoing investigation, and which would disclose the identity of agents and witnesses. Marset Cabrera is suspected of acts of violence against both law enforcement and those perceived to have cooperated with law enforcement. As a result, premature disclosure of the facts contained in the complaint could jeopardize the safety or cooperation of confidential witnesses and may lead to the destruction of evidence. Other items on the docket which would ordinarily remain sealed, such as any entries pertaining to confidential attorney-client arrangements, should also remain sealed.

Undersigned counsel has conferred with counsel for Santoro Vassallo who have advised that they have no objection.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: \_\_\_\_\_/s/_____
       Anthony T. Aminoff
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I filed the foregoing with the Office of the Clerk of

Court, and I will further transmit a copy of this filing via email to all counsel of record.

        /s/
Anthony T. Aminoff
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: 703-299-3700
Anthony.Aminoff@usdoj.gov