IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br>a/k/a "Luis Paulo Amorim Santos,"<br>a/k/a "Gabriel De Souza Beumer,"<br>a/k/a "Sebastian Enrique Marset Cabrera de Padua,"<br>a/k/a "Dor,"<br><br>FEDERICO EZEQUIEL SANTORO VASSALLO,<br>a/k/a "Frederico Ezequiel Santoro Vasallo,"<br>a/k/a "Capitan,"<br><br>Defendants. | Criminal No. 1:23-CR-143 |

## (PROPOSED) ORDER TO UNSEAL

This matter having come before the Court on the United States' motion to unseal the

above-captioned matter, and the Court having concluded that the United States has shown good

cause therefore, it is hereby

ORDERED that the above-captioned case and any documents filed in connection with

this matter be unsealed, with the exception of Docket No. 46 and Docket No. 2;

ORDERED that Docket No. 46 shall remain under seal in accordance with E.D. Va.

Local Rule 49; and it is further

ORDERED that Docket No. 2 shall remain under seal pursuant to Local Rule 49(B), with

the Court having found that revealing the material in Docket No. 2 would jeopardize an ongoing

criminal investigation and endanger witnesses, and finding that this legitimate government

interest outweighs at this time any interest in the disclosure of the material; and it is further

ORDERED that the Office of the Clerk of Court send a copy of this Order to all counsel

of record.


Date: _____
        Alexandria, VA

                                               _____
                                               Hon. Rossie D. Alston, Jr.
                                               United States District Judge