IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN     ENRIQUE     MARSET CABRERA,<br>  a/k/a "Luis Paulo Amorim Santos,"<br>  a/k/a "Gabriel De Souza Beumer,"<br>  a/k/a "Sebastian Enrique Marset Cabrera de Padua,"<br>  a/k/a "Dor,"<br><br>FEDERICO     EZEQUIEL     SANTORO VASSALLO,<br>  a/k/a "Frederico Ezequiel Santoro Vasallo,"<br>  a/k/a "Capitan,"<br><br>  Defendants. | Criminal No. 1:23-CR-143 |

**ORDER TO UNSEAL**

This matter having come before the Court on the United States' motion to unseal the

above-captioned matter, and the Court having concluded that the United States has shown

good cause therefore, it is hereby

ORDERED that the motion to unseal is (Dkt. 51) GRANTED; and it is

FURTHER ORDERED that the above-captioned case and any documents filed in

connection with this matter be unsealed, with the exception of Docket No. 46 and Docket No.

2; and it is

FURTHER ORDERED that Docket No. 46 shall remain under seal in accordance with

E.D. Va. Local Rule 49; and it is further

FURTHER ORDERED that Docket No. 2 shall remain under seal pursuant to Local Rule

49(B), with the Court having found that revealing the material in Docket No. 2 would jeopardize

an ongoing criminal investigation and endanger witnesses, and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; and it is

FURTHER ORDERED that the Office of the Clerk of Court send a copy of this Order to all counsel of record.

_____

Date: May 16, 2025
      Alexandria, VA

_____ /s/ _____

Rossie D. Alston, Jr.
United States District Judge