Date: 3/16/2026    Time: 1:18p -1:27p    Hearing: Initial Appearance
Case #: 1:23CR143

Judge: William B. Porter

Tape: FTR / 400                              Court Reporter: N/A

Eastern District of Virginia
United States of America
v.
Sebastian Enrique Marset Cabrera

Participants
Counsel for USA: Catherine Rosenberg
Counsel for Defense: Cadence Mertz
Court to appoint counsel: ☐AFPD/ ☐CJA/☐Reappointment/ ☑Defendant to retain counsel/ ☐Conflict
Interpreter: Cynthia Lopez-Roman   Language: Spanish
Advisement
☑Rule 5              ☑Due Process Protections Act          ☐Rule 5 hearings waived

Pretrial/Probation/Sup. Release violation(s)
☐Deft informed of violation(s)              ☐Deft contests probable cause
☐Deft does not contest probable cause       ☐Court finds probable cause

Revocation
☐Probation revoked                          ☐Pretrial conditions of release revoked
☐Sentencing (revocation)

Detention Hearing/Preliminary Hearing
☐DH held / ☐DH waived                       ☐PH held / ☐PH waived
☐Def submits on probable cause        ☐Def not contesting probable cause
☐Govt adduced evidence and rests   -  Exhibits:
☐Court finds probable cause

Detention
☑Govt seeking detention, Basis 3142(f)(2)(a) Risk of Flight ☐Granted / ☐Denied
☐Def counsel seeking release      -      ☐Granted / ☐Denied
☐Govt not seeking detention
☐Def counsel not contesting/seeking release at this time
☑Deft remanded to the custody of the USMS

Bond Status
☐Deft released on PR bond: ☐with conditions
☐Deft continued on previously imposed conditions: ☐Pretrial / ☐Probation / ☐Supervised Release

Future proceedings
☐Matter continued for further proceedings before the Grand Jury
☑Next hearing: DH - 3/20/26 - 2p-WBP

Notes: FPD appointed until Deft retains counsel