# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

Sebastian Enrique Morset Cabrera

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CASE NO. 1:23cr143

Upon motion of the United States Government, it is hereby ORDERED that

a detention hearing is set for ___3/20/26___ at ___2:00p___ before

the <u>Honorable William B. Porter, United States Magistrate Judge</u> in Courtroom 400
<span style="font-size:smaller">Name of Judicial Officer</span>

located at <u>401 Courthouse Square, Alexandria, Virginia</u>. Pending this hearing, the
<span style="font-size:smaller">Location of Judicial Officer</span>

defendant shall be held in custody by the United States Marshal

(_____) and produced for the hearing.
<span style="font-size:smaller">Other Custodial Official</span>

/s/

**William B. Porter**
**United States Magistrate Judge**
Judicial Officer

Date: ___March 16, 2026___

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.