11650596

FILED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

2026 MAR 17 A 8 54

| | |
|---|---|
| United States of America<br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA a/k/a "Luis Paulo<br>Amorim Santos," a/k/a "Gabriel De Souza Beumer," a/k/a<br>"Sebastian Enrique Marset Cabrera de Padua" a/k/a "Dor"<br><br>_____<br>Defendant | **UNDER SEAL**<br><br>Case No. 1:23-CR-143 |

## ARREST WARRANT

2024 MAR 11 16:32
UNITED STATES MARSHAL

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   SEBASTIAN ENRIQUE MARSET CABRERA                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section1956(h)

Date: 3/7/24

_____
Issuing officer's signature

City and state:   Alexandria, Virginia

D. Esteves, Deputy Clerk
Printed name and title

| Return |
|---|
| This warrant was received on (date) 3/11/24 , and the person was arrested on (date) 3/13/26<br>at (city and state) Bolivia .<br><br>Date: 3/16/26<br><br>_____<br>Arresting officer's signature<br><br>Tyler Ganzel, SA<br>Printed name and title |