IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:23-cr-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA, | |
| Defendant. | |

**JOINT STATUS REPORT**

The United States and counsel for the defendant hereby provide a status update to the Court. Following the defendant's arraignment, the parties met and conferred regarding a resolution short of trial. Since then, the government has produced a large amount of discovery—more than 22 GB—which includes intercepted communications in foreign languages, evidence obtained from foreign countries via MLAT, and tens of thousands of pages of financial records. The government has also extended a formal plea offer. The parties continue to discuss resolutions short of trial and believe that additional time would be beneficial in achieving an efficient resolution of the case.

Date:   May 15, 2026

(continued on next page)

1

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

   /s/_____     By:        /s/_____

Michael Padula                         Anthony T. Aminoff

Rodrigo Da Silva                   Catherine Rosenberg

Gene Rossi                           Assistant United States Attorneys

Counsel for Sebastian Enrique

Marset Cabrera

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                            /s/              
                                           Anthony T. Aminoff
                                           Assistant United States Attorney