# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | Criminal Action 1:23CR143 |
| | ) | |
| v. | ) | Judge Rossie D. Alston, Jr. |
| | ) | |
| SEBASTIAN ENRIQUE MARSET CABRERA, | ) | Status Hearing:  July 1, 2026 |
| Defendant | ) | |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendant Sebastian Enrigque Marset Cabrera, by and through his counsel listed below, hereby files with this Honorable Court an unopposed motion to immediately withdraw counsel entirely from this matter.  We ask that this motion be decided by submission; thus, counsel shall not appear at the July 1, 2026, status hearing, unless ordered by this Court.

The grounds for this motion are:

1.  The Defendant has specifically asked listed counsel to withdraw from this matter.

2.  The Defendant has retained new attorneys of record to replace counsel.

3.  Neither the United States nor the Defendant's new attorneys oppose this motion.

## Conclusion

The Defendant respectfully asks this Honorable Court to grant his unopposed motion to withdraw counsel listed below.

Respectfully submitted,

_____/s/_____
Gene Rossi, Esquire
VSB Number 93136
Carlton Fields, PA
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

Michael Padula, Esquire
Pro Hac Vice
Padula Law Firm PLLC
Courvoisier Centre II
Suite 700
601 Brickell Key Drive
Miami, FL 33131
Telephone:  305-539-7386
Email:  mpadula@padulalawfirm.com

Rodrigo Da Silva, Esquire
Pro Hac Vice
Law Offices of Rodrigo S. Da Silva, P.A.
Suite 310
1200 Brickell Avenue
Miami, FL 33131
Telephone:  305-615-1434
Email:  rodrigo@rdasilvalaw.com

*Attorneys for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the <u>UNOPPOSED MOTION</u> was filed with the Clerk of the

Court via ECF on Wednesday, June 24, 2026.

Respectfully submitted,

_____/s/_____
Gene Rossi, Esquire