**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | Criminal Action 1:23CR143 |
| | ) | |
| v. | ) | Judge Rossie D. Alston, Jr. |
| | ) | |
| SEBASTIAN ENRIQUE MARSET CABRERA, | ) | Status Hearing:  July 1, 2026 |
| Defendant | ) | |

**UNOPPOSED ORDER**

WHEREAS the Defendant has filed an unopposed motion to withdraw three counsel in this matter.

WHEREAS the Defendant has retained new attorneys to replace counsel.

This Honorable Court grants the Defendant's motion.

SO ORDERED this _____ day of June 2026.


_____
The Honorable Rossie D. Alston, Jr.
United States District Judge