

Sebastián Enrique Marset Cabrera
Reg. No. 30000405
Alexandria Detention Center
2001 Mill Road
Alexandria, Virginia 22314

June 17, 2026

The Honorable Rossie D. Alston, Jr.
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314
Re: United States v. Sebastián Enrique Marsel Cabrera,
Case No. 1:23-CR-143

Dear Judge Alston:
I write to respectfully bring to your attention a series
of serious violations of my fundamental rights that
have occurred continuously since the first moment I
was deprived of my liberty, and which I believe
require your awareness in order to ensure a fair
proceeding.
The events began on March 13, 2026, when I was
removed from my home in Bolivia at 3:00 AM, without
a search warrant or arrest warrant, and without any
formal extradition process. I was expelled from the

country that same day and handed directly to DEA agents, in what constitutes an irregular rendition that violates international treaties and the principle of specialty.

On March 14, upon my arrival at Dulles Airport, I verbally requested an attorney and my request was ignored. I was subjected to interrogation without legal representation, in direct violation of my rights under the Fifth and Sixth Amendments. During that interrogation, agents threatened me with never seeing my children again and spending the rest of my life in prison if I did not cooperate. Subsequently, the interrogation summary was falsified: statements I never made were recorded, and denials I explicitly made were recorded as acceptances. This constitutes fraudulent alteration of an official document.

On the way to the detention facility that same day, agents Michael Greisen and Tyler Ganzel demanded that I provide access to my cryptocurrency wallets, valued at approximately $4 million USDT. This extortion attempt is documented: the agents subsequently contacted my mother, Sandra Fabiana Cabrera López, via WhatsApp from the number +1 (929) 768-0292, requesting photographs of a notebook containing the access keys to said wallets. These messages are preserved and constitute direct written evidence of the extortive conduct.

My current attorneys have refused to report these facts or to file motions to remove AUSA Anthony T. Aminoff from the case. On May 19, 2026, my attorneys formally notified AUSA Aminoff of the agents' extortive conduct. AUSA Aminoff took no action whatsoever, which constitutes active concealment in violation of his obligations under Brady/Giglio and the rules of professional conduct. Additionally, AUSA Aminoff has persistently pressured me to accept a plea agreement regarding charges over which I believe the United States lacks valid jurisdiction, given that none of the alleged conduct occurred on American territory, and has threatened to add new charges if I do not accept said agreement. Faced with my attorneys' inaction, my family was compelled to file formal complaints with the FBI, DOJ-OIG, DOJ-OPR, and other federal oversight bodies.

I have attempted to consult with new attorneys, specifically Mr. Robert Feitel and Ms. Sandi Rhee, who are close to being formally retained. However, U.S. Marshal Timothy Alley has actively prevented these attorneys from meeting with me, in direct violation of my choice, guaranteed by the Sixth Amendment and reaffirmed by the Supreme Court in United States V. Gonzalez-Lopez, 548 U.S. 140 (2006).

I respectfully request That Your Honor:

First, issue an immediate order directing Marshal Timothy Alley To allow access by my new attorneys without further delay.

Second, in The event of Transfers for hearings or other proceedings, Take The necessary measures To ensure That I do not have contact with The DEA agents involved in This case, given The risk This poses To my safety and integrity.

Third, Take note of The Chain of irregularities documented herein, which will be The subject of appropriate motions once my new attorneys assume my representation.

I am not guilty of The charges brought against me and I am prepared To prove it. My only wish is To have access To adequate legal representation and a fair proceeding. I Trust in The independence and impartiality of This Court To ensure That my rights are respected.

I apologize if This process causes any delay in The proceedings. It is nonetheless a necessary step, as my freedom and my life are at stake. I remain at your disposal for any hearing Your Honor deems necessary.

Respectfully,
Sebastian Enrique Marset Cabrera
Reg. No. 30000405