Sebastián Enrique Mariot Cabrera
Reg. No. 30000405
Alexandria Detention Center
2001 Mill Road
Alexandria, VA 22314

18 JUN 2026  PM 3  L



RECEIVED
MAILROOM

JUN 2 4 2026

CLERK U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

The Honorable Rossie D. Alston, Jr.
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314
Re: Case No. 1:23-CR-143

22314-579899



U.S. MARSHALS
INSPECTED

WILLIAM G. TRUESDALE
DETENTION CENTER
2001 MILL ROAD
ALEXANDRIA, VA 22314