UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

UNITED STATES                                  :

v.                                             :   Case No. 1:23-CR-143

SEBASTIAN ENRIQUE MARSET CABRERA               :

    Defendant                                  :

<u>ORDER</u>

Upon consideration of the defendant's Motion To Dismiss Count Three Of the Second Superseding Indictment For Lack Of Venue, and the entire record herein, and it appearing to the Court after consideration of the arguments of the Government and the defense that no essential element of the money laundering conspiracy charged in Count Three took place in the Eastern District of Virgina, it is this _____ day of _____, 2026,

ORDERED, that the motion is granted and Count Three Of the Second Superseding Indictment is dismissed.

_____
MICHAEL S. NACHMANOFF
United States District Judge