IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA    FILED
Alexandria Division

2026 JUL -1  P 1: 20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:23-CR-143-RDA |
| | ) | |
| SEBASTIAN ENRIQUE MARSET CABRERA | ) | |
| | ) | |

PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of the Court issue subpoenas as indicated in the

attached proposed subpoena for appearance before the United States District Court for the Eastern

District of Virginia, at Alexandria, at 9:00 o'clock a.m. on the 11th day of January 2027, then and

there to testify on behalf of the United States:

40 subpoenas

This 1st day of July, 2026.

Respectfully submitted,

Todd W. Blanche

By: _____/s/_____
Anthony T. Aminoff
Catherine Rosenberg
Assistant United States Attorneys

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| SEBASTIAN ENRIQUE MARSET CABRERA | ) |
| Defendant | ) |

Case No.  1:23-CR-143-RDA

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.:  Judge Alston, Courtroom 1000 |
|---|---|
| | Date and Time:  January 11, 2027 09:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  _____07/01/2026_____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____the United States of America_____ _____, who requests this subpoena, are:

Anthony T. Aminoff
Catherine Rosenberg
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  1:23-CR-143-RDA

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

  ❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

  ❏  I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

             _____
                  *Server's signature*

             _____
                 *Printed name and title*

             _____
                  *Server's address*

Additional information regarding attempted service, etc: