IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA, | |
| Defendant. | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE MOTIONS DEADLINE

The United States, by and through undersigned counsel, respectfully moves for a continuance of the upcoming pre-trial motions deadline. On July 1, 2026, the Court issued an order setting the pre-trial motions deadline (excluding motions in limine) to August 14, with responses due August 28, and replies due September 4. Dkt. No. 102. Undersigned counsel has a conflict during the current schedule and has conferred with defense counsel regarding the nature of the conflict.[1] The government respectfully requests that the Court continue the motions deadline to August 24 (or thereafter as convenient for the Court), with responses due September 7, and replies due September 14. Defense counsel indicated to the government that the defense has no objection to the continuance of the motions deadline.

---

[1] Due to the private nature of the conflict, the government will prepare an under-seal filing to advise the Court in more detail if the Court so requires.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By: _____/s/_____

Date:   July 15, 2026                    Anthony T. Aminoff
Catherine Rosenberg
Assistant United States Attorneys