IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA, | Hon. Rossie D. Alston |
| Defendant. | |

**Order**

Upon consideration of the Government's Unopposed Motion to Continue Motions Deadline, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that any pretrial motions, excluding motions *in limine*, shall be due on or before August 24, 2026; responses to such motions shall be due September 7, 2026; and replies shall be due September 14.

Date: _____
       Alexandria, Virginia