UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

UNITED STATES                                    :

v.                                               :   Case No. 1:23-CR-143

SEBASTIAN ENRIQUE MARSET CABRERA    :

Defendant                                        :

**DEFENDANT'S MOTION FOR LEGAL VISITATION
BY DEFENDANT'S URUGUAYAN ATTORNEY**

# EXHIBIT 1

## (ORDER IN *UNITED STATES V. GASTELLUM AVILA*
CR. 274 (CONTRERAS)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

                         :

v.                         :       Criminal Action No.:  18-374 (RC)

                         :

JORGE IVAN GASTELUM AVILA,      :       Re Document No.:  24, 25

                         :

Defendant.                :

## ORDER

### AUTHORIZING VISITATION WITH DEFENDANT

Upon consideration of Defendant's Motion for Legal Visitation by Mexican Attorney, ECF No. 24, and the Supplement thereto, ECF No. 25, the lack of the Government's Opposition thereto, the United States Marshals Service's informal position with respect thereto, and the entire record, it is hereby:

**ORDERED** that the United States Marshals Service shall take whatever means necessary to allow Defendant's Mexican attorney Cinthya Castillo access to visit Defendant when accompanied by his defense counsel of record, Robert Feitel, and any such conversations among them shall be subject to the attorney-client privilege and protected by the attorney work product doctrine.

**SO ORDERED.**

Dated:  September 25, 2023

RUDOLPH CONTRERAS
United States District Judge