UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

UNITED STATES                                    :

v.                                               :    Case No. 1:23-CR-143

SEBASTIAN ENRIQUE MARSET CABRERA    :

Defendant                                        :

**DEFENDANT'S MOTION FOR LEGAL VISITATION
<u>BY DEFENDANT'S URUGUAYAN ATTORNEY</u>**

# EXHIBIT 2

# (AFFIDAVIT OF ATTORNEY SANTIAGO MORATORIO AND PROFESSIONAL CREDENTIALS)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES                              :        1:23 Cr. 143

v.                                         :

SEBASTIAN MARSET                           :

Defendant.                                 :

**AFFIDAVIT**

I, Santiago Moratorio, being duly sworn, hereby declare as follows:

I am a citizen of Uruguay and am a practicing attorney in my country. Attached is a copy of my professional license to practice law.

I represent Mr. Sebastian Marset in a criminal case against him in Uruguay and am his legal advisor with respect to criminal investigations pending against him in other countries.

I have represented Mr. Marset for more than six (6) years and regularly consult with him about his legal situation. I am Mr. Marset's attorney and legal advisor, a relationship that exists regardless of where my client is located.

I consulted with Mr. Marset's original attorneys, Messrs. Rossi, Padula, and Da Silva about the case and discussed with them matters involving a defense investigation and legal strategy. I attended a meeting between my client and members of the prosecution team from the prosecutor's office in Virginia.

I also met with the new attorneys in the case, Robert Feitel and Sandi Rhee, and likewise discussed this criminal case in detail. I consider myself a member of the defense team and have been recognized by the prosecution as being such a member.

I know that Mr. Sebastian Marset is incarcerated at the Alexandria Jail. I was told that attorneys Feitel and Rhee requested permission from the Marshal Service for me to have a legal visit with my client in the Alexandria Jail and at least one of them would accompany me to monitor the conversation. That request was denied.

It is imperative that I meet with Mr. Marset in the United States and have a privileged attorney-client conversation with him about his legal issues in Uruguay and elsewhere and how the criminal case in the United States could affect him.

I would also like to have a privileged attorney-client conversation with Mr. Marset about his legal situation in the United States. Even though I am not an American lawyer, I have a long

-term professional relationship with him and he has confidence in my judgment and legal advice.

I am currently not able to have any private conversations with my client Sebastian Marset. All phone calls from the Alexandria Jail are monitored. In addition, all of my written communications with Mr. Marset can be reviewed by the Government. As such, I am not able to freely communicate and provide Mr. Marset with my independent legal advice.

I am submitting this motion to personally attest to your Honor Judge Alston that the reason I am requesting in-person legal visits with Mr. Sebastian Marset is to continue my professional responsibilities to my client. Other than in person visits, there is no mechanism for me to speak privately with my client.

I can assure this Court that my motivation in meeting with Mr. Sebastian Marset is not for any improper purpose. Any such meetings would be conducted in the presence of Mr. Marset's American attorneys who will monitor the conversation. If I am allowed to meet with Mr. Marset, I will follow any rules that this Court sets for such meetings.

If this Court has any questions for me with respect to this Affidavit, I will be available to travel to the United States, or more preferably, appear via a video conference, which would be more expedient.

I reviewed a Spanish translation of this affidavit and it is true and correct.


_____
Santiago Moratorio
Licenciado

20/7/2026
_____
Date (Fecha)

Case 1:23-cr-00143-RDA    Document 106-2    Filed 07/21/26    Page 4 of 5 PageID# 522

# REPÚBLICA ORIENTAL DEL URUGUAY



# UNIVERSIDAD DE LA REPÚBLICA

## FACULTAD DE DERECHO

POR CUANTO

### Santiago Nicolás Moratorio Linares

NACIDO EN LA REPÚBLICA ORIENTAL DEL URUGUAY, HA CUMPLIDO CON TODAS LAS OBLIGACIONES CORRESPONDIENTES AL RESPECTIVO PLAN DE ESTUDIO, EL VEINTIDÓS DE MAYO DE DOS MIL TRECE.

POR TANTO

DE ACUERDO CON LAS DISPOSICIONES LEGALES VIGENTES, SE EXPIDE EL PRESENTE TÍTULO DE

### Doctor en Derecho y Ciencias Sociales

EN MONTEVIDEO, EL PRIMERO DE JULIO DE DOS MIL TRECE.

UNIVERSIDAD
DE LA REPÚBLICA
URUGUAY

Dora Bagdassarián
Decana

Rodrigo Arocena
Rector

Interesado





**REPÚBLICA ORIENTAL DEL URUGUAY**    Documento de Identidad
DIRECCIÓN NACIONAL DE IDENTIFICACIÓN CIVIL    Carteira de Identidade

Apellido / Sobrenome
**MORATORIO LINARES**

Nombre / Nome
**SANTIAGO NICOLÁS**
Nacionalidad / Nacionalidade
**URUGUAYA**
Fecha de Nacimiento / Data de Nascimento
**19/09/1986**
Lugar de Nacimiento / Local de Nascimento
**MONTEVIDEO/URY**
N° de Identidad / N° de Identidade
**3.957.824-4**
Expedición / Expedição
**04/04/2022**
Vencimiento / Vencimento
**04/04/2032**

Firma del Titular / Assinatura do Titular