IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>Defendant. | Case No. 1:23-CR-143<br><br>Hon. Rossie D. Alston |

**NOTICE REGARDING GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO PRECLUDE THE INTRODUCTION OF SKY ECC EVIDENCE**

The defendant asks the Court to preclude the government from introducing electronic communications obtained from Sky ECC. Dkt. No. 113. The defendant acknowledges this is a motion *in limine* rather than a motion made pursuant to Federal Rule of Criminal Procedure 12. *Id.* at 2. At the defendant's arraignment on the Second Superseding Indictment, the Court issued a scheduling order. Dkt. No. 102. The Court directed that responses to motions *in limine* shall be due on November 23, 2026. Therefore, unless and until ordered differently by the Court, the government will respond on or before November 23, 2026.

(continued on next page)

Respectfully submitted,

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

Date: September 7, 2026

By: /s/

Anthony T. Aminoff
Catherine Rosenberg
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3700
Anthony.Aminoff@usdoj.gov
catherine.rosenberg2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/
Anthony T. Aminoff
Assistant United States Attorney