IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

SEBASTIAN ENRIQUE MARSET CABRERA,

*Defendant.*

Criminal No. 1:23-cr-143

Hon. Rossie D. Alston

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS (DKT. 114) AND MOTION TO DISMISS FOR VINDICTIVE PROSECUTION (DKT. 115)**

**Gov. Exhibit 1**

# ADVERTENCIA DE DERECHOS

Lugar Santa Cruz, Bolivia
Fecha: 3-13-2026
Hora: 8:18 AM

**Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:**

- [SM] Usted tiene el derecho de permanecer en silencio.
- [SM] Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal.
- [SM] Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado.
- [SM] Usted tiene el derecho de tener un abogado presente durante el interrogatorio.
- [SM] De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará uno antes de hacerle cualquier pregunta.

¿Ha entendido sus derechos?

¿Esta dispuesto a contestar algunas preguntas?

## RENUNCIA DE DERECHOS

☐ He leido o ☑ se me han leido los derechos arriba mencionados y entiendo cuales son mis derechos. En este momento estoy dispuesto a contestar libre y voluntariamente cualquier pregunta sin la presencia de un abogado.

Firma SM

Testigo: SA Abe Reyes
Testigo: SA Rob Vega
Hora: 8:18 AM

FORM DEA-13 b(4-06)
Spanish Version