IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>*Defendant.* | Criminal No. 1:23-cr-143<br><br>Hon. Rossie D. Alston |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS (DKT. 114) AND MOTION TO DISMISS FOR VINDICTIVE PROSECUTION (DKT. 115)**

**Gov. Exhibit 2**

# ADVERTENCIA DE DERECHOS

Lugar IAD Customs
Fecha: 3-14-2026
Hora: 11:13

**Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:**

SM ☑ Usted tiene el derecho de permanecer en silencio.

SM ☑ Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal.

SM ☑ Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado.

SM ☑ Usted tiene el derecho de tener un abogado presente durante el interrogatorio.

SM ☑ De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará uno antes de hacerle cualquier pregunta.

¿Ha entendido sus derechos? SI

¿Esta dispuesto a contestar algunas preguntas? SÍ

## RENUNCIA DE DERECHOS

☑ He leido o ☑ se me han leido los derechos arriba mencionados y entiendo cuales son mis derechos. En este momento estoy dispuesto a contestar libre y voluntariamente cualquier pregunta sin la presencia de un abogado.

Firma SM

Testigo: [signature] Michael P Greisen 11:13
Testigo: [signature] T. Garth
Hora: 11:13 AM

FORM DEA-13 b(4-06)
Spanish Version