IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>*Defendant.* | Criminal No. 1:23-cr-143<br><br>Hon. Rossie D. Alston |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS (DKT. 114) AND MOTION TO DISMISS FOR VINDICTIVE PROSECUTION (DKT. 115)**

**Gov. Exhibit 3**

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

# CONSENTIMIENTO A SER REGISTRADO

SM 1. SE ME HA PEDIDO QUE AUTORICE A AGENTES ESPECIALES DE LA ADMINISTRACION DE CONTROL DE DROGAS A REGISTRAR: (Describir la persona, lugar o cosas a registrar.)

See attached doc referencing devices noted by defendant were his.
3/14/26 3:20pm

SM 2. NO HE SIDO AMENAZADO/A, NI FORZADO/A DE NINGUNA MANERA.

SM 3. YO HE CONSENTIDO LIBREMENTE A ESTE REGISTRO.

14/3/26
Fecha

Firma

CODIGO
458745

MAC
1234 Nuevo

Testigos: Michael P. Greisen 11:42am

Tyler Ganzer

- Orange iPhone 17 Pro Max, SN: CDK04N6F96

- rose gold iPhone 16 Pro Max
  SN: DHR66226W3

- White iPhone 17 Pro Max
  SN: CN6P2P7Q65

- MacBook SN: XTD470QQNF

- iPAD SN: HD9TJ2XFCN