IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>Defendant. | Case No. 1:23-CR-143<br><br>Hon. Rossie D. Alston |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNT THREE (DKT. NO. 96)**

The United States, through undersigned Counsel, respectfully asks this Honorable Court for Leave to file a Supplemental Response in Opposition to Defendant's Motion to Dismiss Count Three (Dkt. No. 96). The Court directed that the government's responses were due to defense motions on Monday, September 7. Local Rule 47(F)(1) provides that further briefs or written communications may be filed if the party obtains leave of Court.

In support of granting leave, the United States notes that it responded to seven motions filed by the defendant in a two-week time period. The defendant's motions raised complex issues of jurisdiction, venue, and nexus to the United States, many of which typically require a full trial record to be developed in order to be ripe for consideration. One motion also accused the government of vindictive prosecution and outrageous governmental conduct, necessitating a further lengthy review of the entire investigation to appropriately respond. While no excuse, undersigned counsel also notes that he was simultaneously: preparing to argue an appeal in the Fourth Circuit on September 15, 2026 (*United States v. Chhipa*, No. 25-4276), preparing for trial

in a complex international arms trafficking case (*United States v. Mirchev et al*, No. 1:25-cr-102),[1] and was occupied with supervising various matters within the office during this time period.

On September 12, 2026, while working on a venue question in an unrelated case, undersigned counsel learned that additional facts are relevant for the Court's determination of appropriate venue for Count Three. The government wishes to proffer those additional facts and the relevant law because it believes it is in the interest of justice for the Court to have all relevant facts and legal authorities when deciding the issues raised by the defendant. Upon learning of the significance of these facts, undersigned counsel promptly emailed defense counsel that the government would be seeking leave to make a supplemental filing and included the relevant facts in the email to minimize any prejudice. The government worked on September 12 to get its motions ready for filing as quickly as possible so that they were in before the defendant files his reply brief. Of course, the government would not object if the defendant requested more time to reply to this response.

The government regrets this oversight but believes leave should be granted so that the issue may be properly litigated, especially where, as here, there should be no prejudice to the defendant.

---

[1] Trial was scheduled for October 19, 2026. On September 3, 2026, the Court vacated the trial schedule due to a change in defense counsel.

Respectfully submitted,

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

Date: September 12, 2026

By: /s/
Anthony T. Aminoff
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3700
Anthony.Aminoff@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

___________/s/_______________
Anthony T. Aminoff
Assistant United States Attorney