UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

UNITED STATES :

v. : Case No. 1:23-CR-143

SEBASTIAN ENRIQUE MARSET CABRERA :

Defendant :

**UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT**

There are currently pending before this Court several significant pretrial motions, including motions to dismiss Counts One, Two, Three and Four of the Second Superseding Indictment, as well as a motion to suppress statements allegedly made by the defendant in response to custodial interrogation, to quash a seizure warrant, and to dismiss for vindictive prosecution. See ECF 109, 110, 111, 112, 113, 114, 115. The Government filed oppositions to the motions on September 7, 2026, and on September 12, 2026, the Government filed a supplemental opposition to the motion to dismiss Count Three for lack of venue. The defense reply memoranda are due to be filed on Monday, September 14, 2026, and the defense will need additional time to reply to the supplemental opposition.

The original briefing schedule was extended by one week at the Government's unopposed request, but the oral argument date was not extended and is currently scheduled for September 23, 2026. This might leave less than a week between the submission of all the pleadings and the oral argument.

The defense has discussed the pending motions with the prosecution. The prosecution advised that it intends to present witness testimony with respect to the motion to suppress the defendant's statements and possibly the vindictive prosecution motion. After consultation with

the Government and consideration of defense counsel's schedule, the defense moves this Court to continue oral arguments on the pending motions for one week, until September 30, 2026. The prosecutors are available on September 30 but its witnesses are not. The next available dates for all parties are October 13 and 14, 2026. The defense would prefer to proceed to oral argument on the other motions on September 30, 2026, as the resolution of those matters may impact the need for an evidentiary hearing or may require additional evidentiary hearings. The Government advised that it will be prepared to proceed as ordered by the Court, but the government's preference would be to handle all motions in one hearing.

For all of these reasons, the defense respectfully requests that this motion be granted and the Court continue the currently scheduled oral argument from September 23, 2026 to a date consistent with the Court's schedule under the circumstances described herein.

Respectfully submitted,

/s/ Sandi S. Rhee

Sandi S. Rhee
Counsel for the Defendant
10001 Georgetown Pike, #63
Great Falls, VA 22066
(202)285-8366
SandiRheeLaw@Gmail.com
VA Bar No. 47328

Robert Feitel

Robert Feitel
1300 Pennsylvania Avenue, N.W
#190-515
Washington, D.C. 20004
202 255 6637 (cellular)
District of Columbia Bar 366673

*Pro Hac Vice*

Joseph King

Joseph King
VA Bar #65632
King, Campbell, Poretz & Mitchell Pllc.
118 N. Alfred Street
Alexandria, VA 22314
(703) 683-7070 (o)
(703) 652-6010 (f)
jking@kingcampbell.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to Anthony Aminoff and Catherine Rosenberg, Assistant United States Attorneys for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, VA 22314, and current defense counsel this 14th day of September, 2026.

/s/ Sandi S. Rhee

Sandi S. Rhee