UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA | : | |
| Defendant | : | |

ORDER

Upon consideration of the defendant's Unopposed Motion To Continue the oral argument in this case, currently scheduled for September 23, 2026 and the entire record herein and it appearing that the additional time is necessary for the defense to respond to a supplemental Government motion and to otherwise allow the parties to prepare for the oral argument and the possible presentation of witnesses, it is this ___________day of _______________, 2026,

ORDERED, that the motion is granted and oral argument for the pending motions shall be conducted on ________________________; and it is

FURTHER ORDERED, that a hearing for the presentation of any witness testimony shall be held on ______________________.

____________________________
Rossie D. Alston
United States District Judge