UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA | : | |
| Defendant | : | |

**DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S**
**MOTION TO QUASH SEIZURE WARRANT**

The Government obtained a seizure order on April 9, 2026, that froze four crypto-currency wallets under the control of Tether. As explained in the Motion To Quash, the seizure order issued from a court that lacked jurisdiction over the funds. Moreover, the affidavit in support of the warrant did not establish probable cause for the listed predicate criminal offense, despite the affiant's significant experience as a DEA agent in the investigation of international criminal conspiracy cases.

This "shoot first ask questions later" tactic is emblematic of the Government's conduct in this case, as the improperly issued seizure order gave the prosecutors additional time to return a forfeiture count in the Second Superseding Indictment (SSI) which also froze the same crypto currency accounts. The Government now argues that the defendant has no legal basis under the federal rules of criminal procedure to challenge the seizure or that "equity" prevents the defendant from moving to quash. In the alternative, the prosecution suggests that the "good faith" exception applies to these circumstances.

Unfortunately, given the return of the SSI, the crypto-currency accounts are now frozen until the resolution of this criminal case. The defense will pursue appropriate remedies at the

conclusion of the case. For these reasons and to conserve judicial resources, the defense believes that the Motion To Quash is now moot.

Respectfully submitted,

/s/ Sandi S. Rhee

Sandi S. Rhee
Counsel for the Defendant
10001 Georgetown Pike, #63
Great Falls, VA 22066
(202)285-8366
SandiRheeLaw@Gmail.com
VA Bar No. 47328

Robert Feitel

Robert Feitel
1300 Pennsylvania Avenue, N.W
#190-515
Washington, D.C. 20004
202 255 6637 (cellular)
District of Columbia Bar 366673
*Pro Hac Vice*

Joseph King

Joseph King
VA Bar #65632
King, Campbell, Poretz & Mitchell Pllc.
118 N. Alfred Street
Alexandria, VA 22314
(703) 683-7070 (o)
(703) 652-6010 (f)
jking@kingcampbell.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to Anthony Aminoff and Catherine Rosenberg, Assistant United States Attorneys for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, VA 22314, and current defense counsel this 14th day of September, 2026.

/s/ Sandi S. Rhee

Sandi S. Rhee