UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA | : | |
| Defendant | : | |

**OPPOSITION TO GOVERNMENT MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO DISMISS COUNT THREE**

The defense must respectfully object to the Government's motion for leave to file a Supplemental Opposition to the defense motion to dismiss Count Three of the Second Superseding Indictment (SSI) for lack of venue. The defense motion to dismiss was filed on June 28, 2026, or seventy-nine (79) days ago. The Government thus had more than sufficient time to consider its opposition, draft a complete response, and present it to the Court. Indeed, the Government filed a fourteen (14) page opposition to the motion to dismiss Counts Three and Four on the Court docket on September 7, 2026. ECF 123.

The Government's supplemental opposition is based on an entirely different theory of venue – that phone calls were made from a putative co-conspirator to an undercover law enforcement officer who was located in the Eastern District of Virginia. While the theory is new, it is based upon facts long known to the prosecution.

Moreover, the Government has always alleged that venue was based upon a wire transfer that transited through a "server" located in Richmond, Virginia. That theory is embodied in the SSI in this case and was the basis of venue for the guilty plea of co-defendant Santoro. ECF 45 at para. 9.

The Government's explanation for its effort to file a supplemental opposition is allegedly that the prosecution was not aware that phone calls could possibly be a basis of venue. That does not appear to be a sufficient basis for the Court to grant the requested relief. See Colony Apartments v. Abacus Project Mgmt., Inc., 197 F. App'x 217, 224 (4th Cir. 2006)(no abuse of discretion in the district court's refusal to allow party to supplement its opposition under excusable neglect standard in civil case).

Given the strength of the defense motion to dismiss, the government apparently recognized the fundamental problem with its theory of venue. Since venue is an element of the offense, the prosecution cannot change its theory of venue without creating an impermissible constructive amendment of the SSI.

Accordingly, the defense respectfully opposes the Government's motion for leave to file a supplemental opposition.

Respectfully submitted,

/s/ Sandi S. Rhee

Sandi S. Rhee
Counsel for the Defendant
10001 Georgetown Pike, #63
Great Falls, VA 22066
(202)285-8366
SandiRheeLaw@Gmail.com
VA Bar No. 47328

Robert Feitel

Robert Feitel
1300 Pennsylvania Avenue, N.W
#190-515
Washington, D.C. 20004
202 255 6637 (cellular)

District of Columbia Bar 366673
*Pro Hac Vice*

Joseph King

______________________________
Joseph King
VA Bar #65632
King, Campbell, Poretz & Mitchell Pllc.
118 N. Alfred Street
Alexandria, VA 22314
(703) 683-7070 (o)
(703) 652-6010 (f)
jking@kingcampbell.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to Anthony Aminoff and Catherine Rosenberg, Assistant United States Attorneys for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, VA 22314, and current defense counsel this 17th day of September, 2026.

/s/ Sandi S. Rhee