IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-143 (RDA) |
| | ) | |
| SEBASTIAN ENRIQUE MARSET CABRERA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Defendant Sebastian Enrique Marset Cabrera's ("Defendant") Unopposed Motion to Continue Oral Argument ("Motion") (Dkt. 133), currently scheduled for September 23, 2026. The hearing has been set since July 1, 2026 (Dkt. 102), more than two and a half months ago. The present Motion was filed on September 14, 2026, only nine days before the scheduled September 23, 2026 hearing. Moreover, although styled as an unopposed motion, the parties do not actually agree to when the hearing should be continued. Dkt. 133 at 2. The Court further notes that, at this time, beginning September 28, 2026 through December 16, 2026 the Court has at least one and sometimes two trials scheduled every week. Although it is unclear whether every one of those cases will go to trial, it leaves limited time in this Court's docket to reschedule a matter that has been set since July. Accordingly, it is hereby

ORDERED that Defendant's Motion (Dkt. 133) is DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

IT IS SO ORDERED.

Alexandria, Virginia
September 17, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge