UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA | : | |
| Defendant | : | |

**DEFENDANT'S NOTICE RE: MOTIONS HEARING**

In advance of the motions hearing scheduled for September 23, 2026, the defense files this Notice to advise the Court (having previously notified the Government) that if permitted, it intends to present witness testimony concerning the function of the Bank of America "server" which the Government stated was the "operative server" for the wire transfer of February 18, 2021. ECF 123 at p.4.

On Sunday, September 20, 2026, undersigned defense counsel met with a former Treasury Department Senior Analyst who reviewed the BoA transaction report for the February 18, 2021, wire transfer. The analyst will be able to testify that the report memorializes two separate processes, as follows:

> The payment was initiated by Novo Banco in Portugal, with Bank of America acting as the U.S. dollar correspondent bank. Bank of America then transmitted the U.S. dollar payment through HSBC Bank USA for onward credit through HSBC in China to the ultimate beneficiary, Qingdao DSI Logistics Co. Ltd.
>
> The Bank of America server referred to by the Government was not a correspondent bank, SWIFT endpoint, Fedwire endpoint, or other node through which the funds themselves were transferred. Rather, the Bank of America records show transaction data

being routed to an ‘EXTERNAL STOP SERVER’ as part of an automated compliance-screening process to ensure that the transaction did not violate any of the blocking rules established by the Department of Treasury’s Office of Foreign Assets Control (OFAC). The BoA report thus contains the following notation on February 18, 2021 “OFAC PASS by ETS System.”

In the defense view, this testimony would be relevant because it would distinguish between a server used to screen transaction data for compliance purposes and the banking infrastructure used to transmit and settle the wire transfer.

Respectfully submitted,

/s/ Sandi S. Rhee

______________________________

Sandi S. Rhee
Counsel for the Defendant
10001 Georgetown Pike, #63
Great Falls, VA 22066
(202)285-8366
SandiRheeLaw@Gmail.com
VA Bar No. 47328

Robert Feitel

_________________________

Robert Feitel
1300 Pennsylvania Avenue, N.W
#190-515
Washington, D.C. 20004
202 255 6637 (cellular)
District of Columbia Bar 366673
*Pro Hac Vice*

Joseph King

_________________________

Joseph King
VA Bar #65632
King, Campbell, Poretz & Mitchell Pllc.
118 N. Alfred Street

Alexandria, VA 22314
(703) 683-7070 (o)
(703) 652-6010 (f)
jking@kingcampbell.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to Anthony Aminoff and Catherine Rosenberg, Assistant United States Attorneys for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, VA 22314, this 21st day of September, 2026.

/s/ Sandi S. Rhee

Sandi S. Rhee