# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Robert Feitel

Electronic Device(s): One Lap Top Computer

Purpose and Location Of Use: ______

Case Name: United States v. Sebastian Enrique Marset Cabrera

Case No.: 1:23-cr-00143-RDA

Date(s) Authorized: September 23, 2026

IT Clearance Waived: X (YES) ______ (NO)

**APPROVED BY:**

Date: September 21, 2026

/s/

Rossie D. Alston, Jr.
United States District Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: ______________________ ______

IT Staff Member Date(s)

**IT clearance must be completed, unless waived, before court appearance.**