UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

UNITED STATES :

v. : Case No. 1:23-CR-143

SEBASTIAN ENRIQUE MARSET CABRERA :

Defendant :

ORDER

Upon consideration of the defendant's Motion To Compel information relating to the role of the Bank Of America server related to Counts Three and Four Of the Second Superseding Indictment, and the entire record herein, and it appearing to the Court after consideration that the information sought is exculpatory or will reasonably lead to the discovery of exculpatory evidence it is this ___________day of _______________, 2026,

ORDERED, that the motion is granted and the Government shall provide the defense will all the information requested in the Motion To Compel.

_____________________________
ROSSIE D. ALSTON
United States District Judge