UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA | : | |
| Defendant | : | |

ORDER

Upon consideration of the defendant's Motion To Stay The Search of an iphone in the custody of the United States and based upon a review of all the facts before the Court and it appearing that the request is necessary to preserve the status quo, it is this ___________day of _______________, 2026,

ORDERED, that the Motion To Stay in granted and that the Government will not continue any extraction and/or review the results of any extraction of a black iphone identified as N12.

It is further ORDERED that the Government will forthwith provide all discovery concerning the seizure of the iphone, its transportation to the United States, or any efforts to search the iphone, including the affidavit in support of a judicial search warrant.

_____________________________
ROSSIE D. ALSTON
United States District Judge