UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA | : | |
| Defendant | : | |

**DEFENDANT'S UNOPPOSED MOTION**
**TO WITHDRAW MOTION AS MOOT**

On October 23, 2026, the defense filed a motion to "stay" the search of an iPhone in the custody of the United States. ECF 160. Since filing the motion, the defense has consulted with the prosecution, which has advised that they do not currently intend to use the contents of the iPhone during their case-in-chief. The defendant's previously filed motion is therefore moot, and we respectfully move to withdraw it from the Court's docket. The Government does not object to this request. An appropriate draft Order is attached hereto.

Respectfully submitted,

/s/ Sandi S. Rhee

Sandi S. Rhee
Counsel for the Defendant
10001 Georgetown Pike, #63
Great Falls, VA 22066
(202) 285-8366
SandiRheeLaw@Gmail.com
VA Bar No. 47328

Robert Feitel

Robert Feitel
1300 Pennsylvania Avenue, N.W

#190-515
Washington, D.C. 20004
202 255 6637 (cellular)
District of Columbia Bar 366673
*Pro Hac Vice*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to Anthony Aminoff and Catherine Rosenberg, Assistant United States Attorneys for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, VA 22314, and current defense counsel this 1st day of November, 2026.

/s/ Sandi S. Rhee

__________________________________

Sandi S. Rhee