UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA | : | |
| Defendant | : | |

ORDER

Upon consideration of the defendant's Unopposed Motion To Withdraw its previously filed Motion To Stay, docketed at ECF 160 and the entire record herein and it appearing that the motion is now moot, it is based upon a review of all the facts before the Court and it appearing

__________day of ______________, 2026,

ORDERED, that the Motion To Withdraw is granted and no responsive pleading from the Government needs to be filed.

____________________________
ROSSIE D. ALSTON
United States District Judge