IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>Defendant. | Case No. 1:23-CR-143<br><br>Hon. Rossie D. Alston |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION TO WITHDRAW (DKT. NO. 161)**

The government writes in support of defendant's Motion to Withdraw (Dkt. No. 161) and to provide the Court with additional, relevant background in order to ensure a complete record. On October 23, 2026, the defendant filed a Motion to Stay Search of Cellular Phone (Dkt. No. 160) ("Motion to Stay"). The motion asks for a stay of the search of the phone "until such time as the defense can obtain copies of the affidavit in support of the warrant." Dkt. No. 160 at 4. The government had, in fact, provided the search warrant materials at issue in Discovery Production 2 on or about August 10, 2026. Following the filing of the Motion to Stay, the government e-mailed the relevant Bates numbers to the defense, and they have confirmed that the defense did in fact receive the materials on or about that time. Defense counsel would note that the defense was unaware that they had the search warrant materials because the discovery letter did not reference it and that they therefore filed their motion in good faith. Nevertheless, because the defense does in fact have the search warrant materials, a motion to stay the search of the phone until the defense has received the materials is moot.

Respectfully submitted,

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

Date: November 1, 2026

By: /s/

Anthony T. Aminoff
Catherine Rosenberg
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3700
Anthony.Aminoff@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/
Anthony T. Aminoff
Assistant United States Attorney