IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>Defendant. | Case No. 1:23-CR-143<br><br>Hon. Rossie D. Alston |

**GOVERNMENT'S MOTION *IN LIMINE* TO**
**ADMIT SUMMARY EVIDENCE**

**Gov. Exhibit A—FILED UNDER SEAL**

**(Contains Information Subject to the Protective Order)**