UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 1:23-CR-143 |
| SEBASTIAN ENRIQUE MARSET CABRERA | : | |
| Defendant | : | |

ORDER

Upon consideration of the defendant's Motion In Limine to preclude the introduction of various categories of evidence and it appearing that based the totality of circumstances present in this case, the motion is well founded, it is this __________day of ______________, 2026,

ORDERED, that the motion in limine is granted.

________________________________
RONNIE D. ALSTON, JR.
United States District Judge