IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>Defendant. | Case No. 1:23-CR-143<br><br>Hon. Rossie D. Alston, Jr. |

**ORDER**

This matter having come before the Court on the Government's Motion to Seal (Dkt. 166) pursuant to Local Criminal Rule 49(E) and for good cause shown, the Court finds:

1. The exhibits to the Government's Motion to Seal Exhibits (collectively, the "Exhibits") consist of sensitive information involving the identity of co-conspirators and details of an ongoing investigation. The material is subject to the Protective Order. The United States has filed the Exhibits under seal with its Motion *In Limine* to Admit Summary Evidence. Dkt. No. 165.
2. Sealing the Exhibits is appropriate because of the nature of the information contained therein.
3. This Court has the inherent power to seal materials submitted to it. *See Nixon v. Warner Commc'ns Inc.*, 435 U.S. 589, 598 (1978) ("It is uncontested, however, that the right to inspect and copy judicial records is not absolute. Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes."); *In re Sealed Affidavit(s) to Search Warrants Executed on February 14, 1979*, 600 F.2d 1256, 1257 (9th Cir. 1979) (recognizing that

"the courts have inherent power, as an incident of their constitutional function, to control papers filed with the courts within certain constitutional and other limitations"). "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

4. The Government requests that the Exhibits be sealed until unsealed by order of the Court.

5. The Government further requests permission to file the Reconciliation Spreadsheet (Exhibit B) on a disc or flash drive due to the nature of the file, which is difficult to read when printed.

For the foregoing reasons it is hereby:

ORDERED that the Government's Motion to Seal and Motion for Leave to Deliver Exhibits on Computer Disc (Dkt. 166) is GRANTED; and

FURTHER ORDERED that the Exhibits filed with the Court shall be maintained under seal and will remain under seal until unsealed by order of the Court; and

FURTHER ORDERED that counsel for the Government may deliver a flash drive or disc containing Exhibit B to the Motion *in Limine* to Admit Summary Evidence to the Clerk for filing.

It is SO ORDERED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Alexandria, VA
November 12, 2026

/s/

Rossie D. Alston, Jr.
United States District Judge