IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>Defendant. | Case No. 1:23-CR-143<br><br>Hon. Rossie D. Alston, Jr. |

**ORDER**

Pursuant to the Government's Motion for Judicial Notice Regarding the United Nations Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances of 1988 ("Motion for Judicial Notice") (Dkt. 167), and good cause appearing, it is hereby

ORDERED that the Government's Motion for Judicial Notice is GRANTED; and it is

FURTHER ORDERED that the Court takes judicial notice that, at all times relevant to the Second Superseding Indictment: Belgium, Bolivia, Brazil, the Netherlands, Paraguay, Peru, Portugal, and Uruguay were parties to the United Nations Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances of 1988, and that this treaty requires each party to adopt measures to criminalize the production, manufacture, extraction, offering, offering for sale, distribution, sale, delivery on any terms whatsoever, the dispatch, transport, importation, or exportation of cocaine.

It is SO ORDERED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 12 day of November, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge