IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>Defendant. | No. 1:23-cr-143<br><br>Hon. Rossie D. Alston, Jr.<br><br>Trial: January 11, 2027 |

**GOVERNMENT'S NOTICE REGARDING MOTION FOR PROTECTIVE ORDER**

The government respectfully files this notice to alert the Court that the government may file – at a later date contemporaneous with the filing of the government's witness list – a motion for a protective order concerning the trial testimony of one or more[1] government witness.

Such a protective order would be sought to protect the government witness(es) by restricting the publication of their true names and identifying information. Publication of the witness(es)'s true names and identifying information may put them at significant risk. The defendant has engaged in numerous threatened and actual acts of violence. Several of these acts of violence are set forth in the Second Superseding Indictment ("SSI"), *see* Dkt. No. 92 at ¶¶ 26-31, and they include, but are not limited to, the defendant arranging for a co-conspirator to be killed because the defendant believed the co-conspirator to be cooperating with law enforcement. *Id.* at ¶ 30.

[1] At this time, the government expects it will make this request for only one witness.

Moreover, this case has already attracted significant press attention, particularly throughout South America, but also in the United States. And the defendant has already publicly tried to undermine the prosecution; in one article, for example, the defendant publicly accused a co-conspirator of being a snitch.

Courts have observed that "where there is a threat to the life of the witness, the right of the defendant to have the witness's true name, address, and place of employment is not absolute." *United States v. Palermo*, 410 F.2d 468, 472 (7th Cir. 1969) (citing *United States v. Varelli*, 407 F.2d 735 (7th Cir. 1969)); *see also United States v. Ramos-Cruz*, 667 F.3d 487, 500 (4th Cir. 2012) (holding that the trial court did not abuse its discretion by permitting two government witnesses to testify under pseudonyms and precluding cross-examination into identifying information when the witnesses faced threats to their safety by MS-13 in El Salvador).

The government is proactively filing this notice now, but the motion for a protective order is not yet ripe. Furthermore, filing the government's motion for a protective order now would likely alert the defendant to the identity of potential witnesses against him, and thus enhance rather than mitigate the danger posed to them. Therefore, the government intends to file any motion for a protective order contemporaneous with the filing of the government's witness list, which is due on or before January 4, 2027. *See* Dkt. No. 102 at 5.

In such a motion for a protective order, the government will set forth in detail the specific reasons why a protective order is necessary for the safety of each witness. The government anticipates that the requested relief will be only to (1) allow the witness(es) to testify using a pseudonym; (2) to prohibit sketching of the witness(es) during their testimony; and (3) to limit cross-examination into the identifying information of the witness(es). The U.S. District Court for the Eastern District of Virginia has repeatedly approved testimony under these conditions in similar

contexts where disclosure of a testifying witness's real identity would endanger the safety of the witness. *See e.g., United States v. Kassis*, Case No. 1:25-cr-51-MSN, Dkt. No. 103 (E.D. Va. Jan. 29, 2026) (permitting complete withholding of CS's identity, permitting CS to testify under pseudonym, and prohibiting sketching); *United States v. Mohammed Chhipa*, Case No. 1:23-cr-97-DJN, Dkt. No. 181 (E.D. Va. Oct. 29, 2024) (permitting complete withholding of confidential source name, testimony under pseudonym, and prohibiting sketching).

Respectfully submitted,

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: /s/

Anthony T. Aminoff
Catherine Rosenberg
Assistant U.S. Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700
Catherine.Rosenberg2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/
Catherine Rosenberg
Assistant United States Attorney