IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEBASTIAN ENRIQUE MARSET CABRERA,<br><br>Defendant. | Case No. 1:23-CR-143<br><br>Hon. Rossie D. Alston |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO**
**DEFENDANT'S OMNIBUS MOTION *IN LIMINE***

**Gov. Exhibit A**

23038797-3

# United States of America

## DEPARTMENT OF STATE

***To all to whom these presents shall come, Greetings:***

tify That Ian M. Starr, whose name is subscribed to the document hereunto annexed, was at e of subscribing the same Commander, U.S. Coast Guard, Maritime Law Enforcement Officer, S ast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement fa epartment of State, United States of America, and that full faith and credit are due to his acts su

***This certificate is not valid if it is removed or altered in any way whatsoever***

In testimony whereof, I, Antony J. Blinken, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eleventh day of April, 2023.

Secretary of State

By

Assistant Authentication Officer,
Department of State

*Issue uant to CH ate of Sept. 789, 1 Stat. : 22 USC 22USC 265 USC 301; C 1733 et. s USC 1443( LE 44 Feder s of Civil ure.*

[redacted]

**United States Department of State**

*Washington, D.C. 20520*

**April 11, 2023**

**CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING SAILING VESSEL LOBO IV (BRA) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) — 2023677850**

I, Commander Ian M. Starr, USCG, declare and certify as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since June 13, 2022;

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. § 70502(c)(2) and (d)(2) and 18 U.S.C. § 2237(d);

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties and that, under penalty of perjury, they are true and correct;

4. That on or about February 22, 2023, U.S. law enforcement personnel detected a sailing vessel in approximate position 08-02 N, 017-55 W, seaward of any State's territorial sea. U.S. law enforcement officials observed the vessel operating in a known drug trafficking area with rub marks on the side of the hull, freshly painted name and registration numbers, and riding low in the water with a starboard list. U.S. law enforcement officials reasonably suspected the vessel of illicit drug trafficking. The vessel displayed indicia of nationality, and the master made a verbal claim of Brazilian nationality for the vessel;

5. That on or about February 22, 2023, under Article 17 of the U.N. Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances, the Government of the United States requested that the Government of Brazil confirm or deny the vessel's registry and, if confirmed, grant authorization to board and search the vessel;

6. That on or about February 23, 2023, the Government of the Federative Republic of Brazil confirmed registry of the vessel and authorized the Government of the United States to enforce its laws against the crew member;

[redacted]

7. That, accordingly, the vessel is subject to U.S. jurisdiction under 46 U.S.C. § 70502(c)(1); and

8. That U.S. law enforcement officials recovered approximately 3,040 kilograms of contraband, which tested positive as suspected cocaine.

Executed on April 11, 2023.

Ian M. Starr
Commander, U.S. Coast Guard
Maritime Law Enforcement Officer
U.S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U.S. Department of State

[redacted]